UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-22481-CIV-WILLIAMS

AMERICAN SECURITY
INSURANCE COMPANY,

    Plaintiff,

vs.

CARMEN ROJAS,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' report and recommendation on Plaintiff's motion for final default judgment against Carmen Rojas (DE 10). The parties did not file objections to the Report. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 10) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's motion for final default judgment (DE 8) is **GRANTED**.

3. Final judgment is **ENTERED** in favor of American Security Insurance Company and against Carmen Rojas.

4. Mr. Marrero is **APPOINTED** as the umpire for the appraisal of the insurance claim.

5. The clerk of court is directed to **CLOSE** the case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 1st day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE